**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Aurora Medical Group. Corp |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FKA ASC Community Mental Health. Corp <br> FKA Harmonizing & Soothing Center.Corp |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-3276008 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 2715 W. Sligh Ave <br> Tampa, FL 33614 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Hillsborough <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://auroramedicaltampa.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Aurora Medical Group. Corp                                      Case number (if known) _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __1399__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor __Anisley Lanza Diaz__          Relationship    __President__

| Debtor | Aurora Medical Group. Corp | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

District __Middle District of Florida__ When __5/22/24__ Case number, if known __24-bk-02925-CED__

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    Aurora Medical Group. Corp                                        Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     June 13, 2024
                MM / DD / YYYY

**X** /s/  Anisley Lanza Diaz                              Anisley Lanza Diaz
Signature of authorized representative of debtor          Printed name

Title     President

**18. Signature of attorney**

**X** /s/ Chad Van Horn                        Date   June 13, 2024
Signature of attorney for debtor                      MM / DD / YYYY

Chad Van Horn
Printed name

Van Horn Law Group, P.A.
Firm name

500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
Number, Street, City, State & ZIP Code

Contact phone   (954) 765-3166     Email address   chad@cvhlawgroup.com

64500 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Aurora Medical Group. Corp

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 13, 2024            **X** /s/   Anisley Lanza Diaz
                                        Signature of individual signing on behalf of debtor

                                        Anisley Lanza Diaz
                                        Printed name

                                        President
                                        Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name | Aurora Medical Group. Corp

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ailco Equipment Finance Group, Inc. W222N833 Cheaney Rd. Waukesha, WI 53186 | | BTL Cellutone Machine - Repossessed; Claim amount subject to reduction upon sale of equipment | Contingent Unliquidated Disputed | | | $87,345.42 |
| Anisley Lanza Diaz 8809 W. Hamilton Ave Tampa, FL 33615 | | Business Debt | Contingent Unliquidated Disputed | | | $0.00 |
| Apyx Medical Corp PO Box 931107 Atlanta, GA 31193 | | Apyx One Console Packaging, Remote Service Module, Renuvion Micro Handpiece, Regulator Assembly Digital, Apyx One Console Cart, Renuvion J Plasma; Creditor Apyx Medical Corp has not perfected the lien | | | | $50,145.00 |

Debtor   Aurora Medical Group. Corp                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BayFirst National Bank ATTN: SBA Dept 700 Central Ave Saint Petersburg, FL 33701 | | Wells Fargo (7) office chairs, (5) desks, (4) cabinets, (4) wall cabinets, console table, coffee maker, waiting room furniture, microwave, water station (4) computers (3+ years old), (3) 32" TVs, (2) scanners, (3) printers Exam bed, (2) surgical beds, autoclave, ultrasound cleaner, (2) bed massages, (2) stretchers, EKG machine, defibrillator, (20) liposuction cannulas Apyx One Console Packaging, Remote Service Module, Renuvion Micro Handpiece, Regulator Assembly Digital, Apyx One Console Cart, Renuvion J Plasma; Creditor Apyx Medical Corp has not perfected the lien Liposuction machine and Infiltration machine | | $686,312.96 | $99,797.90 | $586,515.06 |
| PayPal Concerto Card Company PO Box 200057 Dallas, TX 75320 | | Credit Card | | | | $7,007.59 |
| QL Titling Trust LTD 9830 Bauer Drive Indianapolis, IN 46280 | | 2022 Emsculpt Neo - Repossessed; Claim amount subject to reduction upon sale of equipment | | | | $160,330.74 |
| SBA PO Box 3918 Portland, OR 97208 | | EIDL Loan | | | | $73,600.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 2

| Debtor | Aurora Medical Group. Corp | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stearns Bank 500 13th St. PO Box 750 Albany, MN 56307 | | AMP Agnes RF Aesthetic System; claim amount subject to reduction upon sale of equipment | Contingent Unliquidated Disputed | $216,521.48 | $25,000.00 | $191,521.48 |
| Vitalitans LLC 2715 W. Sligh Ave B Tampa, FL 33614 | | Business Debt | Contingent Unliquidated Disputed | | | $0.00 |
| Wells Fargo SBL PO Box 29482 Phoenix, AZ 85038 | | Credit Line | | | | $27,096.67 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Aurora Medical Group. Corp

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

<hr>

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................ $      2,348,816.23

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................. $      2,348,816.23

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $      902,834.44

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      405,525.42

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b      $      1,308,359.86

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Aurora Medical Group. Corp

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Wells Fargo | Business Checking | 0768 | $797.90 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $797.90 |
|---|---|

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 31,927.98 | - | 0.00 | =.... | $31,927.98 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Aurora Medical Group. Corp _____     Case number *(If known)* _____
        Name

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 2,192,090.35 | - 0.00 =.... | $2,192,090.35 |
| | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | | $2,224,018.33 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | | |

**Part 4:      Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** (7) office chairs, (5) desks, (4) cabinets, (4) wall cabinets, console table, coffee maker, waiting room furniture, microwave, water station | $0.00 | Debtor's opinion | $2,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** (4) computers (3+ years old), (3) 32" TVs, (2) scanners, (3) printers | $0.00 | Debtor's opinion | $3,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | $5,000.00 |
|---|---|---|---|
| | Add lines 39 through 42.   Copy the total to line 86. | | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

Debtor    Aurora Medical Group. Corp    Case number *(If known)*
_____
Name

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.    Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Exam bed, (2) surgical beds, autoclave,<br>ultrasound cleaner, (2) bed massages, (2)<br>stretchers, EKG machine, defibrillator, (20)<br>liposuction cannulas | $0.00 | Debtors opinion | $15,000.00 |
| Apyx One Console Packaging, Remote Service<br>Module, Renuvion Micro Handpiece, Regulator<br>Assembly Digital, Apyx One Console Cart,<br>Renuvion J Plasma; Creditor Apyx Medical Corp<br>has not perfected the lien | $0.00 | Debtors opinion | $58,000.00 |
| Liposuction machine and Infiltration machine | $0.00 | Debtors opinion | $21,000.00 |
| AMP Agnes RF Aesthetic System; claim amount<br>subject to reduction upon sale of equipment | $0.00 | Debtors opinion | $25,000.00 |

**51.    Total of Part 8.**

Add lines 47 through 50.    Copy the total to line 87.

| $119,000.00 |
|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Aurora Medical Group. Corp _____    Case number *(If known)* _____
              Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** https://auroramedicaltampa.com/ | $0.00 | Debtors opinion | $0.00 |
| https://auroratherapytampa.com/ | $0.00 | Debtors opinion | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Copyright on jingle | $0.00 | Debtors opinion | $0.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

                                                                                                  $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor   Aurora Medical Group. Corp

Case number *(If known)* _____

Name

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $797.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,224,018.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $119,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,348,817.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,348,817.23 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Aurora Medical Group. Corp___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** BayFirst National Bank
Creditor's Name

**Describe debtor's property that is subject to a lien**
Wells Fargo; (7) office chairs, (5) desks, (4) cabinets, (4) wall cabinets, console table, coffee maker, waiting room furniture, microwave, water station; (4) computers (3+ years old), (3) 32" TVs, (2) scanners, (3) printers; Exam bed, (2) surgical beds, autoclave, ultrasound cleaner, (2) bed massages, (2) stretchers, EKG machine, defibrillator, (20) liposuction cannulas; Apyx One Console Packaging, Remote Service Module, Renuvion Micro Handpiece, Regulator Assembly Digital, Apyx One Console Cart, Renuvion J Plasma; Creditor Apyx Medical Corp has not perfected the lien; Liposuction machine and Infiltration machine

Amount of claim: $686,312.96
Value of collateral: $99,797.90

ATTN: SBA Dept
700 Central Ave
Saint Petersburg, FL 33701
Creditor's mailing address

**Describe the lien**
SBA Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
07/01/2022

**Last 4 digits of account number**
9108

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2.2** Stearns Bank
Creditor's Name
500 13th St.
PO Box 750
Albany, MN 56307
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
AMP Agnes RF Aesthetic System; claim amount subject to reduction upon sale of equipment

Amount of claim: $216,521.48
Value of collateral: $25,000.00

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Aurora Medical Group. Corp
_____        Case number (if known) _____
           Name

**Date debt was incurred**                      Is anyone else liable on this claim?
12/2022                                         ☐ No
**Last 4 digits of account number**             ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
7033

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
☒ No                                            ☒ Contingent
☐ Yes. Specify each creditor,                   ☒ Unliquidated
including this creditor and its relative         ☒ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $902,834.44 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Denius Law PA<br>4767 New Broad Street<br>Orlando, FL 32814 | Line  2.2 | |
| Stearns Bank Equipment Finance<br>PO Box 327<br>Albany, MN 56307 | Line  2.2 | |
| U.S. Attorney<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132 | Line  2.1 | |
| U.S. Attorney General<br>950 Pennsylvania Ave. NW #4400<br>Washington, DC 20530 | Line  2.1 | |
| U.S. Small Business Administration<br>South Florida District Office<br>51 SW 1st Avenue, Suite 201<br>Miami, FL 33130 | Line  2.1 | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Aurora Medical Group. Corp

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Ailco Equipment Finance Group, Inc.<br>W222N833 Cheaney Rd.<br>Waukesha, WI 53186<br><br>**Date(s) debt was incurred** 02/2023<br>**Last 4 digits of account number** 2624 | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** BTL Cellutone Machine - Repossessed; Claim amount subject to reduction upon sale of equipment<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $87,345.42 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Aurora Medical Group. Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Anisley Lanza Diaz
8809 W. Hamilton Ave
Tampa, FL 33615

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 2022-2023

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,145.00 |
|---|---|---|---|

Apyx Medical Corp
PO Box 931107
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Apyx One Console Packaging, Remote Service Module, Renuvion Micro Handpiece, Regulator Assembly Digital, Apyx One Console Cart, Renuvion J Plasma; Creditor Apyx Medical Corp has not perfected the lien

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,007.59 |
|---|---|---|---|

PayPal
Concerto Card Company
PO Box 200057
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 8924

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,330.74 |
|---|---|---|---|

QL Titling Trust LTD
9830 Bauer Drive
Indianapolis, IN 46280

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/2023

**Basis for the claim:** 2022 Emsculpt Neo - Repossessed; Claim amount subject to reduction upon sale of equipment

**Last 4 digits of account number** 2846

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,600.00 |
|---|---|---|---|

SBA
PO Box 3918
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** EIDL Loan

**Last 4 digits of account number** 9103

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Vitalitans LLC
2715 W. Sligh Ave B
Tampa, FL 33614

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,096.67 |
|---|---|---|---|

Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Credit Line

**Last 4 digits of account number** 4698

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | Aurora Medical Group. Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Florida Department of Revenue<br>8175 NW12th Street, Suite 119<br>Miami, FL 33126 | Line 2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 Internal Revenue Service<br>1248 North University Drive<br>Fort Lauderdale, FL 33324 | Line 2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 Ronald S. Canter, Esq.<br>200A Monroe St., Suite 104<br>Rockville, MD 20850 | Line 3.1<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 405,525.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 405,525.42 |

**Fill in this information to identify the case:**

Debtor name ___Aurora Medical Group. Corp___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commerical sublease for a portion of Debtor's place of business | |
| | State the term remaining | | |
| | List the contract number of any government contract | | 2REJUV MD SERVICES INC. 5208 Avenue Medoc Lutz, FL 33558 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease for Debtors place of business   (Landlord A.L Investments Enterprises LLC is owned by Debtor's principal) | |
| | State the term remaining | Lease Expires 07/01/2047 | |
| | List the contract number of any government contract | | A.L Investments Enterprises LLC 8509 W. Hamilton Ave Tampa, FL 33615 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Aurora Medical Group. Corp

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.3 | A.L Investments Enterprises LLC | 8809 W. Hamilton Ave Tampa, FL 33615 | BayFirst National Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Anisley Lanza Diaz | 8809 W. Hamilton Ave Tampa, FL 33615 Debtor's principal | BayFirst National Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Anisley Lanza Diaz | 8809 W. Hamilton Ave Tampa, FL 33615 Debtor's principal | Ailco Equipment Finance Group, Inc. | ☐ D _____ ☒ E/F ___3.1___ ☐ G _____ |
| 2.6 | Anisley Lanza Diaz | 8809 W. Hamilton Ave Tampa, FL 33615 Debtor's principal | PayPal | ☐ D _____ ☒ E/F ___3.4___ ☐ G _____ |
| 2.7 | Anisley Lanza Diaz | 8809 W. Hamilton Ave Tampa, FL 33615 Debtor's principal | Stearns Bank | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.8 | Anisley Lanza Diaz | 8809 W. Hamilton Ave Tampa, FL 33615 Debtor's principal | Wells Fargo SBL | ☐ D _____ ☒ E/F ___3.8___ ☐ G _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    Aurora Medical Group. Corp                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.9 | Geovani Robaina Fernandez | 8809 W. Hamilton Ave Tampa, FL 33615 | BayFirst National Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      Aurora Medical Group. Corp

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business ☐ Other | $156,572.37 |
| For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business ☐ Other | $1,035,565.00 |
| For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business ☐ Other | $940,808.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date: From 03/01/2024 to Filing Date | Sublease Rent and Use of Equipment | $40,000.00 |
| For year before that: From 01/01/2022 to 12/31/2022 | Sublease Rent | $4,500.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Aurora Medical Group. Corp _____     Case number *(if known)* _____

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| QL Titling Trust LTD 9830 Bauer Drive Indianapolis, IN 46280 | 2022 Emsculpt Neo | 08/2023 | Unknown |
| Ailco Equipment Finance Group, Inc. W222N833 Cheaney Rd. Waukesha, WI 53186 | BTL Cellutone machine | 08/2023 | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | STEARNS BANK N.A. VS AURORA MEDICAL GROUP. CORP 23-CA-017033 | Civil | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending ☐ On appeal ☒ Concluded |
| 7.2. | Ailco Equipment Finance Group, Inc. vs Aurora Medical Group Corp.(USA) Ecolab Inc. 23-CA-016287 | Civil | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☒ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Aurora Medical Group. Corp _____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. Aurora Medical Group. Corp,SIMPSON, NIURIS vs Progressive American Insurance Company(USA) Ecolab Inc. 23-CC-107732 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. Aurora Medical Group. Corp,GONZALEZ, ELIZABETH vs Security National Insurance Company 23-CC-107600 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5. AURORA MEDICAL GROUP CORP,PENA, NUREDIN vs OCEAN HARBOR CASUALTY INSURANCE COMPANY(USA) Ecolab Inc. 23-CC-104619 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. AURORA MEDICAL GROUP. CORP,RODRIGUEZ, MAGALY vs DIRECT GENERAL INSURANCE COMPANY 23-CC-097564 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.7. Aurora Medical Group. Corp,GARCIA, PABLO vs Progressive American Insurance Company(USA) Ecolab Inc. 23-CC-090883 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.8. Aurora Medical Group. Corp,Morales, Edilberto vs Assuranceamerica Insurance Company 23-CC-085872 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.9. Aurora Medical Group. Corp,COMPANIONI, MARGARITA vs Geico Indemnity Company 23-CC-084502 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.10. Aurora Medical Group. Corp,Ruiz, Romel vs Geico Indemnity Company 23-CC-084252 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.11. Aurora Medical Group. Corp,Gonzalez, Yarisleydis vs Direct General Insurance Company 23-CC-076983 | Personal Injury | Hillsborough County 419 N Pierce St Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

Debtor    Aurora Medical Group. Corp      Case number *(if known)* _____

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

    ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Van Horn Law Group, P.A.<br>500 NE 4th Street<br>Fort Lauderdale, FL 33301 | Attorney Fee | 04/2024 | $12,500.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>Anisley Diaz | | | |
| 11.2. | Law Offices of Robert M. Geller, P.A.<br>807 W. Azeele St.<br>Tampa, FL 33606 | Attorney Fee | 09/2023 | $2,500.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>Anisley Diaz | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

---

Debtor    Aurora Medical Group. Corp _____    Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1419 W. Waters Ave. Suite 117 Tampa, FL 33604 | From 08/15/2019 to 09/01/2022 |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.   Aurora Medical Group Corp 2715 W Sligh Ave. Tampa, FL 33614 | Cosmetic surgery and aesthetic medicine | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. 2715 W Sligh Ave. Tampa, Fl 33614 | **How are records kept?** *Check all that apply:* ☒ Electronically ☒ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Social Security numbers, Date of Birth, health records _____

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Aurora Medical Group. Corp _____    Case number *(if known)* _____

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo | **XXXX**-5185 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/2023 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Aurora Medical Group. Corp _____    Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Gretchen Espinosa 1800 Forest Hill Blvd. Ste A8 West Palm Beach, FL 33406 | From 2021 to current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Anisley Lanza Diaz 8809 W. Hamilton Ave Tampa, FL 33615 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Ailco Equipment Finance Group, Inc. W222N833 Cheaney Rd. Waukesha, WI 53186 |

Debtor   Aurora Medical Group. Corp _____   Case number *(if known)* _____

| Name and address |
| --- |
| 26d.2.   Stearns Bank<br>500 13th St.<br>PO Box 750<br>Albany, MN 56307 |
| 26d.3.   BayFirst National Bank<br>ATTN: SBA Dept<br>700 Central Ave<br>Saint Petersburg, FL 33701 |
| 26d.4.   QL Titling Trust LTD<br>9830 Bauer Drive<br>Indianapolis, IN 46280 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Anisley Lanza Diaz | 8809 W. Hamilton Ave<br>Tampa, FL 33615 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1 .  Anisley Lanza Diaz<br>8809 W. Hamilton Ave<br>Tampa, FL 33615 | $28,000.00 | 04/2023 through 04/2024 | Payroll |
| **Relationship to debtor**<br>Principal | | | |
| 30.2 .  Anisley Lanza Diaz<br>8809 W. Hamilton Ave<br>Tampa, FL 33615 | $12,225.00 | 04/2023 through 04/2024 | Contract labor as an RN |
| **Relationship to debtor**<br>Principal | | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Aurora Medical Group. Corp | Case number *(if known)* |
|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     June 13, 2024

/s/   Anisley Lanza Diaz                                          Anisley Lanza Diaz
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re  Aurora Medical Group. Corp

                            Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anisley Lanza Diaz<br>8809 W. Hamilton Ave<br>Tampa, FL 33615 | Common | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 13, 2024

Signature   /s/  Anisley Lanza Diaz

                           Anisley Lanza Diaz

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   <u>Aurora Medical Group. Corp</u>                        Case No. <u>                  </u>

                                             Debtor(s)      Chapter   <u>11                </u>

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   <u>June 13, 2024             </u>        <u>/s/  Anisley Lanza Diaz                          </u>

                                               Anisley Lanza Diaz/President
                                               Signer/Title

2REJUV MD SERVICES INC.
5208 Avenue Medoc
Lutz, FL 33558


A.L Investments Enterprises LLC
8809 W. Hamilton Ave
Tampa, FL 33615


A.L Investments Enterprises LLC
8509 W. Hamilton Ave
Tampa, FL 33615


Ailco Equipment Finance Group, Inc.
W222N833 Cheaney Rd.
Waukesha, WI 53186


Anisley Lanza Diaz
8809 W. Hamilton Ave
Tampa, FL 33615


Apyx Medical Corp
PO Box 931107
Atlanta, GA 31193


BayFirst National Bank
ATTN: SBA Dept
700 Central Ave
Saint Petersburg, FL 33701


BTL Industries
362 Elm St.
Marlborough, MA 01752


Denius Law PA
4767 New Broad Street
Orlando, FL 32814


Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314


Florida Department of Revenue
8175 NW12th Street, Suite 119
Miami, FL 33126


Geovani Robaina Fernandez
8809 W. Hamilton Ave
Tampa, FL 33615


Internal Revenue Service
1248 North University Drive
Fort Lauderdale, FL 33324


IRS
PO Box 7346
Philadelphia, PA 19101

Law Offices of Ronald S. Canter, LLC
200A Monroe St. Ste 104
Rockville, MD 20850


PayPal
Concerto Card Company PO Box 200057
Dallas, TX 75320


QL Titling Trust LTD
9830 Bauer Drive
Indianapolis, IN 46280


Ronald S. Canter, Esq.
200A Monroe St., Suite 104
Rockville, MD 20850


SBA
PO Box 3918
Portland, OR 97208


Stearns Bank
500 13th St.  PO Box 750
Albany, MN 56307


Stearns Bank Equipment Finance
PO Box 327
Albany, MN 56307


U.S. Attorney
Southern District of Florida
99 NE 4th Street
Miami, FL 33132


U.S. Attorney General
950 Pennsylvania Ave. NW #4400
Washington, DC 20530


U.S. Small Business Administration
South Florida District Office
51 SW 1st Avenue, Suite 201
Miami, FL 33130


Vitalitans LLC
2715 W. Sligh Ave B
Tampa, FL 33614


Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    Aurora Medical Group. Corp          Case No.

Debtor(s)      Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐   **FLAT FEE**

      For legal services, I have agreed to accept ...............................................................   $ _____

      Prior to the filing of this statement I have received .......................................................   $ _____

      Balance Due ......................................................................................................   $ _____

   ☒   **RETAINER**

      For legal services, I have agreed to accept and received a retainer of..........................   $      12,500.00

      The undersigned shall bill against the retainer at an hourly rate of...............................   $      450.00
      [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☐ Debtor    ☒   Other (specify):    Anisley Diaz

3.   The source of compensation to be paid to me is:

     ☒ Debtor    ☐   Other (specify):

4.   ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
        Attorney fee retainer $12,500.00; Filing fee $1,738.00 - less filing fee ($1,738.00) and pre-filing billing for case preparation and filing - $6,882.50 - balance of Attorney fee retainer $5,617.50

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   June 13, 2024                                   /s/ Chad Van Horn

   *Date*                                            Chad Van Horn
                                                   *Signature of Attorney*
                                                   Van Horn Law Group, P.A.
                                                   500 NE 4th Street, Suite 200
                                                   Fort Lauderdale, FL 33301
                                                   (954) 765-3166   Fax:
                                                   chad@cvhlawgroup.com
                                                   *Name of law firm*